IN THE FOURTH COURT
OF APPEALS
San Antoino. Texas

ABELARDO G. GONZALEZ    1622682 §
Appellant                      §
                               §
                               §    COA No.   04-15-00529-CR
vs.                            §
                               §              04-15-00530-CR
                               §
THE STATE OF TEXAS             §              04-15-00531-CR
Appelle                        §

MOTION FOR EXTENSION OF TIME TO FILE

MOTION FOR REHEARING / RECONSIDERATION

TO THE HONORABLE JUDGE"S OF SAID COURT:

Now Comes appellant ABELARDO G. GONZALEZ, PRO SE, and moves the court in the above mention cause's files in haste on 11-08-2105 this motion for a extension of time to file a motion for rehearing / reconsideration under TRAP 49.7 on a ORDER OF DISMISSAL for lack of jurisdiction entered on Oct. 26, 2015 and [O]nly received by appellat on Nov. 06, 2015.

(1)  This is appellant **FIRST** motion for a extension of time.

(2)  The deadline to file the motion for rehearing / reconsideration is Nov. 12, 2015.

(3)  Appellant [O]nly received the dimissal ORDER on Nov. 06. 2015 at the T-D-C.J. C. T. TERRELL UNIT on **Nov. 06, 2015 (FRIDAY )  SEE EXHIBIT (A)** attached.

     [T]his unexplain delay of 9 days has **prejudiced** appellant since the C.T. Terrell **law library** is CLOSED on Sunday's and Monday's and on Saturday the 7th of Nov. appellant **only** at 15 min. of the TWO hour session since he was pulled out of session by Sgt. Sharp.

     Due to the above appellant has not adequate reviewed the case law cited in the ORDER. and therefore can not adequately file a meaningfull, proper motion for rehearing / reconsideration.

(4)  Appellant respectfully ask fr a **30 DAY** extension added from Nov. 12, 2015 which the new deadline to file would be **Dec. 12, 2015.**

PRAYER

Appellant pray's this honorable court **GRANT** this motion.

Respectfully Submitted

Abelardo G. Gonzalez 1622682
C.T. Terrell B-3-40
1300 F.M. 655
Rosharon. Texas 77583
**Appellant / pro-se**

**Attachment to this motion
is Ex. (A)** small slip:
ORIG. DOCUMENT (Mailroom slip)

DO NOT OVER LOOK <<<<<<

P 1/2

*B340*

## NOTIFICATION TO COME BY MAIL ROOM

Inmate Name _H. Dmal_ _____ UNIT _A-9A13_ Date _11-5-15_

Inmate No. _1622682_

The above-named inmate is required to come to the mail room

_(11-6-15)_ _8:00 AM 12:13 PM_
(Date and Time)

regarding the following matter:

_____ Questionable Correspondence
_____ Questionable Publication
_____ Package
__X__ Legal, Special, or Media Correspondence
_____ Other

Inmate's Signature _____ Date _____

Notifying
Officer's Signature _____

Original—Return to unit mail room.
Copy—Give completed copy to inmate.   _Exhibit_ I-152 (NRD)
_A_ _Orig._

EXHIBIT (A)  Motion for extension of time to file motion for rehearing / reconsidertion

on 04-15-00529-CR / 04-15-000530-CR / 04-15-00530-CR

Abelardo Gonzalez 1622682
C.T. Terrell B-3-40
1300 F.M. 655
Rosharon, Texas 77583

LEGAL MAIL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 NOV 12 PM 2:30
LEGAL MAIL
Keith E. Hottle
KEITH E. HOTTLE, CLERK

CLERK OF THE COURT
For the Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa SUITE 3200
San Antonio, Texas 78205-3037

NORTH HOUSTON TX 77
09 NOV 2015 PM 5 L

FOREVER   USA

782053+3000